**Entered on Docket
April 12, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for    Secured Creditor THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE
                 BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK,
                 N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET
                 MORTGAGE INVESTMENTS II TRUST 2006-AR4 MORTGAGE PASS-THROUGH
                 CERTIFICATES, SERIES 2006-AR4

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DEREK L RANGEL AND JEANETTE M RANGEL,<br><br>           Debtor(s). | Bankruptcy Case No. BK-S- 10-30401-mkn<br>Chapter 7<br><br>THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    March 16, 2011<br>Time:    1:30 P.M. |

1        A hearing on Secured Creditor The Bank of New York Mellon formerly known as

2    The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the

3    Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-

4    Through Certificates, Series 2006-AR4's Motion for Relief From the Automatic Stay came on

5    regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K.

6    Nakagawa, Matthew M. McArthur appearing on behalf of Secured Creditor.

7        The court having duly considered the papers and pleadings on file herein and

8    being fully advised thereon and finding cause therefor:

9        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

10        The automatic stay of 11 United States Code section 362 is hereby immediately

11    terminated as it applies to the enforcement by Movant of all of its rights in the real property

12    under the Note and Deed of Trust encumbering the real property commonly known as 6901

13    Jurani St, Las Vegas, Nevada 89131 ("Real Property"), which is legally described as:

14

15             LOT THREE (3) IN BLOCK TWO (2) OF SHENANDOAH UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 86, OF PLATS, PAGE 98, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

16

17

18        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

19    its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

20    of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

21    prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

22    least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

23    Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

24    Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

25    provide 7 days' notice to the Debtor(s).

26    /././

27    /././

28    /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that following entry of this Order, Secured Creditor must record a Notice of Default prior to proceeding with any foreclosure action and otherwise comply with Nevada Revised Statutes section 107 if applicable. The Notice of Default must be recorded prior to proceeding with any foreclosure action notwithstanding any prior-recorded Notice of Default.

| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
|---|---|---|
| DEREK L RANGEL AND JEANETTE M RANGEL DEBTOR(S) | ERIK C SEVERINO DEBTOR(S) ATTORNEY | YVETTE WEINSTEIN TRUSTEE |

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐       The court has waived the requirement set forth in LR 9021(b)(1).

☐       No party appeared at the hearing or filed an objection to the motion.

☒       I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐       I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

☐       Approved.

☐       Disapproved.

☒       Failed to respond. – Debtor/Debtors' Attorney/Trustee

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for THE BANK OF
NEW YORK MELLON
FORMERLY KNOWN AS THE
BANK OF NEW YORK AS
SUCCESSOR TRUSTEE TO
JPMORGAN CHASE BANK,
N.A., AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF
STRUCTURED ASSET
MORTGAGE INVESTMENTS II
TRUST 2006-AR4 MORTGAGE
PASS-THROUGH
CERTIFICATES, SERIES 2006-
AR4